ALLMAND LAW FIRM PC
5646 MILTON ST
STE 120
DALLAS, TX  75206

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:  
ERVIN FRANK LAYER  
Debtor

Case No: 13-30466-BJH-13

Hearing Date: 9/19/2013

### Debtor's Modification of Plan after Confirmation
Date: 8/1/2013

**To the Honorable Bankruptcy Judge:**

Pursuant to 11 U.S.C. Section 1329, the Debtor requests the following Modification of Debtor's Confirmed Plan herein:

### Trustee's History of Case

| | | | |
|---|---|---|---|
| Date Filed: | February 01, 2013 | Total Payments Received to Date: | $1,460.00 |
| Date of 341: | March 14, 2013 | Total Payments to be Current: | $1,810.00 |
| Date Confirmed: | June 26, 2013 | Total Amount Delinquent: | $350.00 |
| | | To Be Current Calculated Through: | July 03, 2013 |

### Modification of Debtor Payments to Trustee

- Change monthly payment amount from $362.00 per month to $ 362.00 X 3;  $ 600.00 X 51; and/or

- The above change(s) will result in a new "BASE AMOUNT" of $33,146.00 (total due to Trustee under Plan, if all payments timely made). AND

- Payments to the Trustee in the amount of $362.00 will resume on or before 09/03/2013.

### Modification of Trustee Payments to Creditors

• Change treatment of the following claims:

**Debtor's Modification of Plan after Confirmation, Page 2**
Case # 13-30466-BJH-13
ERVIN FRANK LAYER

| Add/Change | CreditorName/ClassType | CollateralDescription | ClaimAmount | CollateralValue | Int Rate | Treatment |
|---|---|---|---|---|---|---|
| CHANGE TClm#23 | JPMORGAN CHASE BANK SECURED | POST PETITION ARREARS | $6,779.85 | $6,779.85 | 0.00 | PRO-RATA |
| CHANGE TClm#10 | COUNTY OF DALLAS SECURED | REAL PROPERTY | $2,366.78 | $206,000.00 | 0.00 | DIRECT |
| CHANGE TClm#11 | RICHARDSON ISD SECURED | REAL PROPERTY | $2,503.70 | $2,503.70 | 0.00 | DIRECT |
| CHANGE TClm#18 | INTERNAL REVENUE SERV PRIORITY | TAXES | $3,150.15 | $3,150.15 | 0.00 | PRO-RATA |

On secured claims, if collateral is shown as surrender and if collateral is real property, then the automatic stay is terminated as to creditor as of surrender date to permit said creditor to conduct a non-jucicial foreclosure sale.

### Debtor Attorney Fees

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $400.00 of which $400.00 is to be paid direct and $0.00 is to be paid by the Trustee.

### Reason for Modification

This modification is requested for the following reason(s):

- To cure arrears to the Trustee.
- To add post petition debt (see claim treatment listed above).
- To provide for a claim (see claim treatment listed above).
- To surrender secured property (see claim treatment listed above).

### Conditions

This modification will be approved with the following condition(s):

- Wage Directive must be submitted on or before 09/19/2013.

Respectfully Submitted,

By: _____
ALLMAND LAW FIRM PC
Name: Nicholas C Inman
State Bar Number: 00787747

ALLMAND LAW FIRM PC
5646 MILTON ST
STE 120
DALLAS, TX 75206

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:  
ERVIN FRANK LAYER  
Debtor

Case No: 13-30466-BJH-13

Hearing Date: 9/19/2013

### Debtor's Modification of Plan after Confirmation

Notice is hereby given that pursuant to 11 U.S.C. Section 1329, the attached Debtor's Modification of Plan After Confirmation dated 8/1/2013, will be approved by the Court without hearing, as the Debtor's Modified Chapter 13 Plan unless a party in interest files a written "Objection to Modification" within twenty four (24) days of service (mailing) hereof, provided the Modified plan is recommended by the Standing Chapter 13 Trustee and the Debtor has made any subsequent payments under the Modified Plan.

TO BE CONSIDERED, AN "OBJECTION TO MODIFICATION" MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES PRIOR TO THE PRE-HEARING CONFERENCE.

Debtor: ERVIN FRANK LAYER, 9814 FAIRCREST DR., DALLAS, TX 75238  
Attorney: ALLMAND LAW FIRM PC, 5646 MILTON ST, STE 120, DALLAS, TX 75206  
Court: CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75202  
Trustee: TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062

### Notice of Court Hearing and Trustee's Pre-Hearing Conference

On **9/19/2013**, which is *at least twenty four (24) days* from the date of service hereon, a Pre-Hearing Conference with the Standing Chapter 13 Trustee, on the attached " Debtor's Modification of Plan after Confirmation" will be at 8:30 o'clock a.m. at:

125 E. John Carpenter Freeway, Suite 1100, 11th Floor, Irving, TX 75062

Any objections to the proposed Modification not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court at 2:00 p.m. on the same day at:

1100 Commerce Street, Fourteenth Floor, Dallas, Texas

YOU DO NOT HAVE TO ATTEND THE TRUSTEE'S PRE-HEARING CONFERENCE OR COURT HEARING UNLESS YOU OBJECT TO THE MODIFICATION.

**Debtor's Modification of Plan after Confirmation, Page 2**
Case # 13-30466-BJH-13
ERVIN FRANK LAYER

### Certificate of Service

I hereby certify that a true copy of the foregoing "Notice of Hearing on Debtor's Modification of Plan After Confirmation" and "Notice of Court Hearing and Trustee's Pre-Hearing Conference" thereon with a copy of the " Debtor's Modification of Plan After Confirmation" attached has been served by me on or before 8/26/2013, on the parties named below by United States First Class Mail or via electronic mail.

| | |
|---|---|
| Debtor: | Ervin Frank Layer, 9814 Faircrest Dr., Dallas, Tx 75238 |
| Attorney: | Allmand Law Firm Pc, 5646 Milton St, Ste 120, Dallas, Tx 75206 |
| | Lawrence Herrera, 4717 W Lovers Lane, Dallas, Tx 75209 |
| Creditor(s): | 1100 Commerce Street, Room 1254, Dallas, Tx 75242 |
| | Chase Card Services, Cardmember Service, P.O. Box 94014, Palatine, Il 60094 |
| | Codilis And Stawiarski Pc, 650 N Sam Houston Parkway East, Suite 450, Houston, Tx 77060 |
| | County Of Dallas, Co Linebarger Goggan Blair, 2323 Bryan Street Suite 1600, Dallas, Tx 75201-2644 |
| | Internal Revenue Service, Po Box 7317, Philadelphia, Pa 19101-7317 |
| | Internal Revenue Service, Po Box 7346, Philadelphia, Pa 19101-7346 |
| | Irs - Internal Revenue Service, P.O. Box 7346, Philadelphia, Pa 19101 |
| | Jpmorgan Chase Bank Na, 3415 Vision Drive, Mail Code Oh4 7142, Columbus, Oh 43219 |
| | Jpmorgan Chase Bank Na, Mail Code La4-5555, 700 Kansas Lane, Monroe, La 71203 |
| | Lawrence Herrera, 4717 W. Lovers Lane, Dallas, Tx 75209-3135 |
| | Lawrence Herrera, Law Office Of Lawrence Herrera, 4717 W. Lovers Lane, Dallas, Tx 75209 |
| | Prober And Raphael A Law Corp, 20750 Ventura Boulevard, Suite 100, Woodland Hills, Ca 91364 |
| | Richardson Isd, Perdue Brandon Fielder Collins, Po Box 13430, Arlington, Tx 76094-0430 |
| | Sallie Mae Inc Obo Ecmc, Ecmc, Lockbox 8682 Po Box 75848, St Paul, Mn 55175 |
| | Sallie Mae Inc, Ecmc, Po Box 75906, St Paul, Mn 55175 |
| | The Bank Of New York Mellon Fka The Bank Of New Yo, C/O Prober & Raphael, P.O. Box 4365, Woodland Hills, Ca 91365 |
| | The Bank Of New York Mellon, Bank Of America Na, Po Box 660933, Dallas, Tx 75266-0933 |
| | U.S. Dept. Of Education, National Payment Center, P.O. Box 5609, Greenville, Tx 75403 |

By: _Nicholas Inman_
ALLMAND LAW FIRM PC
Name: Nicholas C Inman
State Bar Number: 00787747