

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 1, 2014**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                  CASE NO:  13-30466-BJH-13
ERVIN FRANK LAYER
            DEBTOR

### Order Approving Debtor's Modification of Plan after Confirmation

AT DALLAS IN SAID DISTRICT:

On this day came on for consideration the Debtor's Modification of Plan after Confirmation dated 01/31/2014. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be approved subject to the following conditions, if any:

**IT IS THEREFORE ORDERED** that the Modified Plan dated 01/31/2014 , be and the same is hereby approved, subject to the following conditions, if any:

 No Changes

Debtor's Modification of Plan after Confirmation, Page 2
Case # 13-30466-BJH-13
ERVIN FRANK LAYER

**IT IS FURTHER ORDERED** that upon surrender of secured collateral through the Modification the automatic stay is terminated as to creditor if the collateral is real property as of the surrender date to permit said creditor to conduct a non-judicial foreclosure sale.

**IT IS FURTHER ORDERED** that 24 days written notice to the debtor, debtor's counsel, the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

### End of Order ###

Office of the Standing Chapter 13 Trustee
125 E JOHN CARPENTER FREEWAY
SUITE 1100 11TH FLOOR
IRVING, TX  75062
(214) 855-9200