**Office of the Standing Chapter 13 Trustee**
**125 E JOHN CARPENTER FREEWAY**
**SUITE 1100 11TH FLOOR**
**IRVING, TX  75062**
**(214) 855-9200 / (214) 965-0756  (Fax)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                                  Case No:  13-30466-BJH-13
**ERVIN FRANK LAYER**
         Debtor                                                                    Hearing Date:  June 19, 2014

Notice of Pre-Hearing Conference and Hearing on
"Trustee's Recommendation Concerning Claims, Objection to Claims and Plan
Modification (if required)"

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) ("TRCC") will be held at **8:30 a.m.** on **June 19, 2014** at 125 E JOHN CARPENTER FREEWAY, SUITE 1100 11TH FLOOR, IRVING, TX  75062.

Any  objection to the Pleading not resolved or defaulted at the Trustee's pre-hearing conference will be heard by the Court at 2:00 p.m. on the same day at 1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

Pursuant to General Order 2010-01, unless an objection is timely filed as to the treatment of any claim or modification, the claim or modification will be allowed or approved as described in the TRCC, and such treatment will be final and binding on all parties.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON ANY AFFECTED CREDITORS AND ON THE FOLLOWING PARTIES NO LATER THAN 05/15/2014.

| | |
|---|---|
| Debtor: | ERVIN FRANK LAYER, 9814 FAIRCREST DR, DALLAS, TX  75238 |
| Attorney: | ALLMAND LAW FIRM PC, 5646 MILTON ST, STE 120, DALLAS, TX  75206 |
| Court: | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75202 |
| Trustee: | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

**Case # 13-30466-BJH-13**  Page 2
**ERVIN FRANK LAYER**
**Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)**

### Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)" and "Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

| | |
|---|---|
| Debtor: | Ervin Frank Layer, 9814 Faircrest Dr, Dallas, Tx 75238 |
| Attorney: | Allmand Law Firm Pc, 5646 Milton St, Ste 120, Dallas, Tx 75206** |
| Creditor(s): | Chase Card Services, Cardmember Service, Po Box 94014, Palatine, Il 60094 |
| | Codilis And Stawiarski Pc, 650 N Sam Houston Parkway East, Suite 450, Houston, Tx 77060 |
| | County Of Dallas, Co Linebarger Goggan Blair Et Al, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx 75207** |
| | Internal Revenue Service, Po Box 7317, Philadelphia, Pa 19101-7317 |
| | Internal Revenue Service, Po Box 7346, Philadelphia, Pa 19101-7346** |
| | Jpmorgan Chase Bank Na, 3415 Vision Drive, Mail Code Oh4 7142, Columbus, Oh 43219 |
| | Jpmorgan Chase Bank Na, Mail Code La4-5555, 700 Kansas Lane, Monroe, La 71203 |
| | Prober And Raphael A Law Corp, 20750 Ventura Boulevard, Suite 100, Woodland Hills, Ca 91364 |
| | Richardson Isd, Perdue Brandon Fielder Collins, Po Box 13430, Arlington, Tx 76094-0430 |
| | Sallie Mae Inc Obo Ecmc, Ecmc, Lockbox 8682 Po Box 75848, St Paul, Mn 55175 |
| | Sallie Mae Inc, Ecmc, Po Box 75906, St Paul, Mn 55175 |
| | The Bank Of New York Mellon Fka The Bank Of New Yo, C/O Prober & Raphael, Po Box 4365, Woodland Hills, Ca 91365 |
| | The Bank Of New York Mellon, Bank Of America Na, Po Box 660933, Dallas, Tx 75266-0933 |
| | Us Dept Of Education, National Payment Center, Po Box 5609, Greenville, Tx 75403 |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: <u>04/15/2014</u>

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                                  Case No:  13-30466-BJH-13
ERVIN FRANK LAYER
                    Debtor                                                              Hearing Date:  June 19, 2014

## Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

The Trustee hereby objects to the following claims for the reason(s) indicated, pursuant to Bankruptcy Rule 3007:

### I.

### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The "bar date" for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| T'ee # | Creditor's Name | Sched Amount | Sched Amount |
|---|---|---|---|
| 3 | CHASE CARD SERVICES | Unsecured | $ 19,000.00 |
| 8 | US DEPT OF EDUCATION | Unsecured | $ 60,000.00 |

### II.

### SPECIFIC OBJECTIONS

The Trustee hereby objects to the following claims, for the reason(s) indicated in Column 7. The claims should be ALLOWED/DISALLOWED as indicated in Column 4 for the amount and class indicated in Columns 5 and 6 respectively.

| Column 1 Pacer # | Column 2 Creditor Name | Column 3 Claim | Column 4 Allow/Disallow | Column 5 Amount | Column 6 Class | Column 7 Reason (See Below) | Column 8 T'ee # |
|---|---|---|---|---|---|---|---|
| | *** NONE *** | | | | | | |

**CODE: "REASON(S)" FOR CLAIM OBJECTION**

*** NONE ***

### III.

### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class listed below.

Case # 13-30466-BJH-13  
ERVIN FRANK LAYER  
Page 4

**Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)**

| T'ee Clm # | DSO Creditors | Collateral | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Secured 910 Creditors No Cram Down | Collateral | Claim Amount | Value | % | Paid By |
|---|---|---|---|---|---|---|
| | *** NONE *** | | | | | |

| T'ee Clm # | Secured Creditors | Collateral | Claim Amount | Value | % | Paid By |
|---|---|---|---|---|---|---|
| 10 | COUNTY OF DALLAS | REAL PROPERTY | $ 2,366.78 | $ 206,000.00 | 0.00 | Direct by Debtor |
| 4 | JPMORGAN CHASE BANK NA | 1ST LN/HOME/ARREARS | $ 19,009.71 | $ 206,000.00 | 0.00 | Trustee |
| 15 | JPMORGAN CHASE BANK NA | 1ST LN/HOME/CURRENT | $ 139,041.90 | $ 206,000.00 | 0.00 | Direct by Debtor |
| 11 | RICHARDSON ISD | REAL PROPERTY | $ 2,503.70 | $ 2,503.70 | 0.00 | Direct by Debtor |
| 2 | THE BANK OF NEW YORK MELLON | 2ND LN/HOME/ARREARS | $ 3,858.51 | $ 68,952.00 | 0.00 | Trustee |
| 14 | THE BANK OF NEW YORK MELLON | 2ND LN/HOME/CURRENT | $ 52,258.91 | $ 68,952.00 | 0.00 | Direct by Debtor |

| T'ee Clm # | Priority Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| 18 | INTERNAL REVENUE SERVICE | TAXES | $ 1,545.58 | Trustee |

| T'ee Clm # | Unsecured - Special Class Creditors | Collateral | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Unexpired Leases | Collateral | Claim Amount | Value | % | Paid By |
|---|---|---|---|---|---|---|
| | *** NONE *** | | | | | |

| T'ee Clm # | Unsecured Creditors | Comment | Claim Amount |
|---|---|---|---|
| 5 | SALLIE MAE INC OBO ECMC | STUDENT LOAN | $ 22,256.87 |

**IV.**

**PLAN MODIFICATION, subject to feasibility**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01, the Trustee requests the following Modification of the Debtor Confirmed Plan, subject to feasibility, herein:

- No Modification Needed.

By: /s/ Thomas D. Powers  
Thomas D. Powers, Chapter 13 Trustee  
State Bar No. 16218700