Weldon Reed Allmand
State Bar No. 24027134
ALLMAND LAW FIRM, P.L.L.C.
5646 Milton St., Ste 120
Dallas, TX 75206
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| IN RE: | | |
|---|---|---|
| **ERVIN FRANK LAYER** § | | CASE NO. 13-30466 |
| § | | |
| Debtor § | | CHAPTER 13 |
| **JPMORGAN CHASE BANK** § | | |
| Movant § | | |
| § | | |
| VS. § | | |
| § | | |
| **ERVIN FRANK LAYER** § | | |
| § | | |
| Debtor § | | |

## DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW **Ervin Frank Layer**, Debtor in the above-styled and numbered cause, and in response to the Motion for Relief from Stay of **JPMORGAN CHASE BANK**, ("Movant") in regard to the collateral referenced in Movant's motion.

Debtor respectfully shows:

1. The allegations of **Movant** contained in paragraphs 1, 2 and 3 of the motion are   admitted.

2. The allegations of **Movant** contained in paragraphs 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 and 15 of the motion are denied.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully prays that Movant's Motion For Relief From Automatic Stay be denied and for such other and further relief as the Court may deem just and appropriate.

Dated:   August 1, 2014.

    Respectfully Submitted,

    ALLMAND LAW FIRM, P.L.L.C.

    /s/ Weldon Reed Allmand
    Weldon Reed Allmand
    State Bar No. 24027134
    ALLMAND LAW FIRM, P.L.L.C.
    5646 Milton St., Ste 120
    Dallas, TX 75206
    214.265.0123 Phone
    214.265.1979 Fax

    ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 1, 2014, a true and correct copy of the foregoing Response to Motion For Relief From Stay was served on the following parties in interest by first class mail or electronic notice:

**CHAPTER 13 TRUSTEE**
125 E. John Carpenter Freeway
11th Floor, Suite 1100
Irving, TX 75062

**U.S. TRUSTEE**
William T. Neary
1100 Commerce, Room 976
Dallas, TX 75242

**DEBTOR**
Ervin Frank Layer
9814 Faircrest Drive
Dallas, TX 75238

**OPPOSING COUNSEL**
Angela K Randermann
Codilis & Stawiarski, P.C.
650 N. Sam Houston Pkwy. E. Ste. 450
Houston, TX 77060

**OTHER PARTIES IN INTEREST**

Lee S. Raphael
20750 Ventura Blvd. Suite 100
Woodland Hills, CA 91367

Sherrel K. Knighton
Linebarger, Goggan, Blair & Sampson, LLP
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207

Eboney D. Cobb
Perdue Brandon Fielder Collins & Mott
4025 Woodland Park Boulevard, Suite 300
Arlington, TX 76094

Christopher Anthony Villa
Perdue Brandon Fielder, et. al, LLP
4025 Woodland Park Blvd., Ste. 300
Arlington, TX 76013

By: /s/ Weldon Reed Allmand
Weldon Reed Allmand
State Bar No. 24027134