ARMSTRONG KELLETT BARTHOLOW PLLC
Theodore O. Bartholow, III ("Thad")
TX Bar No. 24062602
11300 N. Central Expwy. Suite 301
Dallas, TX 75243
Tel. 214.696.9000
Fax 214.696.9001
thad@akbpc.com

DEBTOR'S SPECIAL COUNSEL

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 13-30466-HDH-13 |
| ERVIN FRANK LAYER § | |
| § | CHAPTER 13 |
| DEBTOR § | |

**AMENDED APPLICATION TO EMPLOY SPECIAL COUNSEL *NUNC PRO TUNC***

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ervin Frank Layer, Debtor, and files this, his Application to Employ Special Counsel *Nunc Pro Tunc* and in support hereof would show the Court:

1. Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code in this Court on February 1, 2013.

2. Debtor seeks to employ Theodore O. Bartholow, III and the law firm Armstrong Kellett Bartholow PLLC ("Applicant") as special counsel *nunc pro tunc* to August 13, 2014 in this case to investigate, and if appropriate, address issues relating to the servicing of debtor's mortgage loan by JPMorgan Chase Bank, N.A.

3. In the opinion of the Applicant and Debtors, Applicant is qualified to act as special counsel for the Debtor on her behalf. Mr. Bartholow's affidavit and resume are attached hereto as Exhibits "A" and "B" to this application.

4. Insofar as the Applicant and Debtor knows, the proposed special counsel has no

interest adverse to this estate. As evidenced by Mr. Bartholow's affidavit, the Applicant is a disinterested person as defined in § 101(14) of the Bankruptcy Code.

6. Debtor is represented by the Allmand Law Firm, PLLC in connection with the above-captioned chapter 13 bankruptcy case. The Allmand Law Firm, PLLC is unopposed to employment of Applicant for purposes of addressing the stay violations committed by Bank of America, N.A. The Co-Counsel Agreement between Applicant and Allmand Law Firm, PLLC is attached hereto as Exhibit "C."

7. Debtor has agreed to pay special counsel's attorney's fees on an hourly basis with the rates for Applicant's attorneys ranging from $250-$500 an hour, and rates for legal assistants ranging from $75-$200 an hour. The representation agreement between the Applicant and the Debtor is attached hereto as Exhibit "D."

8. Applicant and the Debtor believe that the fee arrangement in this case is reasonable and consistent with similar actions in other cases in this District.

9. The Debtor requests that the Court approve the retention of Applicant as reasonable and necessary to the effective resolution of their claims against JPMorgan Chase Bank, N.A. regarding the servicing of his mortgage loan.

10. Accordingly, Debtor moves the Court to approve, *nunc pro tunc*, employment of Applicant as special counsel for purposes of investigating and evaluating the violations, and if appropriate, negotiating settlement and/or filing an Adversary Proceedings against JPMorgan Chase Bank, N.A. on behalf of the Debtor.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that the Court enter its Order employing Armstrong Kellett Bartholow PLLC as special counsel on the terms set forth in this application with compensation for reasonable and necessary fees to be approved by the

Court after notice and hearing.

                    Respectfully submitted,

                    ARMSTRONG KELLETT BARTHOLOW PLLC

                    /s/ *Theodore O. Bartholow, III ("Thad")*
                    Theodore O. Bartholow, III ("Thad")
                    Texas Bar No. 24062602
                    Karen L. Kellett
                    Texas Bar No. 11199520
                    Gary A. Armstrong
                    Texas Bar No. 01316500
                    Caitlyn N. Wells
                    Texas Bar No. 24070635
                    11300 N. Central Expressway, Suite 301
                    Dallas, Texas 75243
                    Telephone: (214) 696-9000
                    Facsimile:   (214) 696-9001

                    DEBTOR'S SPECIAL COUNSEL

## **CERTIFICATE OF SERVICE**

       This is to certify that a true and correct copy of the attached Debtor's Application to Employ Special Counsel *Nunc Pro Tunc* has been served by mailing a copy of same to the parties listed on the attached matrix via ECF and via first class mail on September 23, 2014.

                    /s/ *Theodore O. Bartholow, III ("Thad")*
                    Theodore O. Bartholow, III ("Thad")

```
Label Matrix for local noticing              Bank of America N.A., et al c/o Prober & Rap    Bank of America, N.A.
0539-3                                        20750 Ventura Blvd, Suite 100                  7105 Corporate Drive
Case 13-30466-bjh13                           Woodland Hills, CA 91364-6207                  Plano, TX 75024-4100
Northern District of Texas
Dallas
Tue Sep 23 11:03:47 CDT 2014

Dallas County                                 Richardson ISD                                 The Bank of New York Mellon, et al
Linebarger, Goggan, Blair & Sampson LLP       PERDUE BRANDON FIELDER ET AL                   c/o Prober & Raphael, A Law Corporation
c/o Sherrel K. Knighton                       PO BOX 13430                                   P.O. Box 4365
2323 Bryan St.                                ARLINGTON, TX 76094-0430                       Woodland Hills, CA 91365-4365
Ste. 1600
Dallas, TX 75201-2637

United States Trustee                         1100 Commerce Street                           Bank of America Home Loans
1100 Commerce Street                          Room 1254                                      P.O. Box 260489
Room 976                                      Dallas, TX 75242-1305                          Plano, TX 75026-0489
Dallas, TX 75242-0996


Bank of America, N.A., its assignees          Chase Card Services                            Chase Home Finance
and/or successors in interest                 Cardmember Service                             3415 Vision Dr.
c/o Prober & Raphael, A Law Corporation       P.O. Box 94014                                 Columbus, OH 43219-6009
20750 Ventura Blvd., Suite 100                Palatine, IL 60094-4014
Woodland Hills,  CA 91364-6207


Citibank - Student Loans                      Dallas county                                  IRS - Internal Revenue Service
P.O. Box 6615                                 c/o Sherrel K. Knighton                        P.O. Box 7346
The Lakes, NV 88901-6615                      Linebarger Goggan Blair & Sampson, LLP         Philadelphia, PA 19101-7346
                                              2323 Bryan StreetSuite 1600
                                              Dallas, TX 75201-2637


JPMorgan Chase Bank                           Lawrence Herrera                               RICHARDSON ISD
Chase Records Center                          4717 W. Lovers Lane                            %PERDUE BRANDON FIELDER ET AL
ATTN:  CORRESPONDENCE MAIL                    Dallas, TX 75209-3135                          PO BOX 13430
MAIL CODE LA4-5555                                                                           ARLINGTON, TX 76094-0430
700 Kansas Lane
Monroe, LA 71203-4774

Sallie Mae, Inc. on behalf of ECMC            The Bank of New York Mellon, et al             U.S. Attorney
ECMC                                          c/o Prober & Raphael                           1100 Commerce St., Room 16G28
PO Box 75906                                  Attorney for Secured Creditor                  Dallas, TX 75242-1001
St. Paul, MN 55175-0906                       P.O. Box 4365
                                              Woodland Hills, CA 91365-4365


U.S. Dept. of Education                       Ervin Frank Layer                              Theodore Ohmstede Bartholow III
National Payment Center                       9814 Faircrest Dr.                             Armstrong Kellett Bartholow P.C.
P.O. Box 5609                                 Dallas, TX 75238-1542                          11300 N. Central Expressway, Suite 301
Greenville, TX 75403-5609                                                                    Dallas, TX 75243-6738



Thomas Powers                                 Weldon Reed Allmand
125 E. John Carpenter Frwy., Suite 1100       Allmand Law Firm, PLLC
Irving, TX 75062-2288                         5646 Milton St., Ste. 120
                                              Dallas, TX 75206-3929
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26