

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 1, 2014**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 13-30466-HDH-13 |
| ERVIN FRANK LAYER § | |
| § | CHAPTER 13 |
| DEBTOR § | |

**ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL *NUNC PRO TUNC*__**

The Debtor has applied for an order to employ the law firm Armstrong Kellett Bartholow PLLC as special counsel *nunc pro tunc*. The motion and the affidavit filed in support of the application aver that Armstrong Kellett Bartholow PLLC and Theodore O. Bartholow, III of said firm do not hold or represent an interest adverse to the estate and that they are disinterested persons, as required by 11 U.S.C. §327(a). The motion establishes the necessity for employment of special counsel to pursue on behalf of the Debtor the investigation and, as needed, remediation of stay violations by JPMorgan Chase Bank, N.A. Accordingly, it is

**ORDERED** that the employment of Armstrong Kellett Bartholow PLLC as special counsel for the Debtor shall be, and is hereby, approved *nunc pro tunc*, effective as of August 13,

2014.  The terms of such employment shall be those set forth in the Motion to Employ Special Counsel.  The award of compensation is subject to final approval by this Court.

# # # END OF ORDER # # #

Prepared by:

ARMSTRONG KELLETT BARTHOLOW PLLC

*/s/ Theodore O. Bartholow, III ("Thad")*
Theodore O. Bartholow, III ("Thad')
Texas Bar No. 24062602
11300 N. Central Expy., Suite 301
Dallas, TX 75243
Telephone: (214)696-9000
Facsimile: (214)696-9001
thad@akbpc.com

DEBTOR'S SPECIAL COUNSEL