IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERVIN FRANK LAYER, | § | CASE NO. 13-30466 |
| | § | (Chapter 13) |
| DEBTOR | § | |

## NOTICE OF STIPULATED DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this contested matter by Federal Rule of Bankruptcy Procedure 9014(c), JPMorgan Chase Bank, N.A., Ervin Frank Layer, and Bayview Loan Servicing, LLC hereby stipulate to the dismissal without prejudice of the Motion of JPMorgan Chase Bank, National Association, Its Successors and Assigns for Relief from Automatic Stay and Co-Debtor Stay as to 9814 Faircrest Drive, Dallas, TX  75238 (Docket No. 93).

    Respectfully submitted,

    QUILLING, SELANDER, LOWNDS, WINSLETT
    & MOSER, P.C.
    Bryan Tower
    2001 Bryan Street, Suite 1800
    Dallas, Texas  75201-4240
    (214) 871-2100 (Telephone)
    (214) 871-2111 (Facsimile)

    By:  */s/ Hudson M. Jobe*
        Wm. Lance Lewis
        State Bar No. 12314560
        Hudson M. Jobe
        State Bar No. 24041189

    **ATTORNEYS FOR JPMORGAN CHASE BANK, N.A.**

ARMSTRONG KELLETT BARTHOLOW PLLC

/s/ *Theodore O. Bartholow, III ("Thad")*
Theodore O. Bartholow, III ("Thad")
Texas Bar No. 24062602
Karen L. Kellett
Texas Bar No. 11199520
Gary A. Armstrong
Texas Bar No. 01316500
Caitlyn N. Wells
Texas Bar No. 24070635
11300 N. Central Expressway, Suite 301
Dallas, Texas 75243
Telephone: (214) 696-9000
Facsimile: (214) 696-9001

**DEBTOR'S SPECIAL COUNSEL**


**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Davor Rukavina*
Davor Rukavina, Esq.
Texas Bar No. 24030781
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

**COUNSEL FOR BAYVIEW LOAN SERVICING, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2015, a true and correct copy of the foregoing instrument was served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this bankruptcy case, and by regular U.S. first class mail, postage prepaid, on the parties listed on the attached mailing matrix.

/s/ Hudson M. Jobe

4843-1918-7489, v. 1